Submitted on appellant's petition for reconsideration filed April 14, and respondents' response to petition for reconsideration filed May 6, petition for reconsideration allowed; opinion (153 Or App 273, 956 P2d 1022) modified and adhered to as modified June 10, petition for review denied November 24, 1998 (328 Or 40)

Patrick S. PERKINS,
*Appellant,*

*v.*

Clifford CONRADI
and Patricia A. Conradi, fka Patricia A. Mill,
husband and wife,
*Respondents.*

(95CV0538; CA A94839)

959 P2d 1013

Keith Rodman for petition.

Clayton C. Patrick, *contra.*

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

Plaintiff moves for reconsideration of our opinion on reconsideration, 153 Or App 273, 956 P2d 1022 (1998). We allow the petition to reconsider. Footnote one is deleted from our previous opinion because it contains an erroneous statement of fact. The statement of fact was unrelated to our analysis. We adhere to our opinion as modified.

Petition for reconsideration allowed. Opinion modified and adhered to as modified.